# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:20−cv−11075−CCC−MF

| | |
|---|---|
| COHAN v. ACME LIFT COMPANY, L.L.C.<br>Assigned to: Judge Claire C. Cecchi<br>Referred to: Chief Mag. Judge Mark Falk<br>Case in other court:  Essex County Superior Court, 004811−20<br>Cause: 28:1332 Diversity−Employment Discrimination | Date Filed: 08/21/2020<br>Date Terminated: 05/11/2021<br>Jury Demand: Plaintiff<br>Nature of Suit: 442 Civil Rights: Jobs<br>Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **MICHAEL COHAN** | represented by | **CHRISTOPHER J. EIBELER**<br>SMITH EIBELER, LLC<br>101 CRAWFORDS CORNER ROAD<br>HOLMDEL, NJ 07733<br>732−935−7246<br>Email: cjeibeler@smitheibeler.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **ACME LIFT COMPANY, L.L.C.** | represented by | **HEATHER WEINE BROCHIN**<br>DAY PITNEY LLP<br>ONE JEFFERSON ROAD<br>PARSIPPANY, NJ 07054−2891<br>973−966−8199<br>Email: hbrochin@daypitney.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**LAURA H. SCHUMAN**<br>DAY PITNEY LLP<br>ONE JEFFERSON ROAD<br>PARSIPPANY NJ, NJ 07054<br>973−966−8234<br>Email: lschuman@daypitney.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**ABC COMPANIES 1−10**
*fictious names of unknown entities*

**Counter Defendant**

| | | |
|---|---|---|
| **MICHAEL COHAN** | represented by | **CHRISTOPHER J. EIBELER**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**ACME LIFT COMPANY, L.L.C.**  represented by  **HEATHER WEINE BROCHIN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2020 | Ï 1 | NOTICE OF REMOVAL by ACME LIFT COMPANY, L.L.C. from Essex Count, case number ESX–L–004811–20. ( Filing and Admin fee $ 400 receipt number ANJDC–11244869), filed by ACME LIFT COMPANY, L.L.C.. (Attachments: # 1 Civil Cover Sheet, # 2 Statement Corporate Disclosure Statement, # 3 Certification of Filing of Notice of Removal)(BROCHIN, HEATHER) (Entered: 08/21/2020) |
| 08/21/2020 | Ï | Case Assigned to Judge Claire C. Cecchi and Chief Mag. Judge Mark Falk. (ak, ) (Entered: 08/24/2020) |
| 08/24/2020 | Ï | CLERK'S QUALITY CONTROL MESSAGE – The case you electronically filed has been processed, however, the following deficiencies were found: Plaintiff's name missing in caption and case data; Jurisdiction did not indicate "Removal from State Court"; Party names should be entered in all capital letters . The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (lag, ) (Entered: 08/24/2020) |
| 08/25/2020 | Ï 2 | Application and Proposed Order for Clerk's Order to extend time to answer Attorney HEATHER WEINE BROCHIN for ACME LIFT COMPANY, L.L.C. added. (BROCHIN, HEATHER) (Entered: 08/25/2020) |
| 08/26/2020 | Ï | Clerk`s Text Order – The document 2 Application for Clerk's Order to Ext Answer/Proposed Order submitted by ACME LIFT COMPANY, L.L.C. has been GRANTED. The answer due date has been set for 9/11/2020. (lag, ) (Entered: 08/26/2020) |
| 09/11/2020 | Ï 3 | ANSWER to Complaint *and*, COUNTERCLAIM against MICHAEL COHEN by ACME LIFT COMPANY, L.L.C..(BROCHIN, HEATHER) (Entered: 09/11/2020) |
| 09/11/2020 | Ï 4 | MOTION to Transfer Case to USDC for the District of Arizona by ACME LIFT COMPANY, L.L.C.. (Attachments: # 1 Brief, # 2 Certification, # 3 Text of Proposed Order)(BROCHIN, HEATHER) (Entered: 09/11/2020) |
| 09/15/2020 | Ï | Set Deadlines as to 4 MOTION to Transfer Case to USDC for the District of Arizona . Motion set for 10/5/2020 before Judge Claire C. Cecchi. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (lag, ) (Entered: 09/15/2020) |
| 09/18/2020 | Ï 5 | Letter from Christopher J. Eibeler, Esq. to Adjourn Motion re 4 MOTION to Transfer Case to USDC for the District of Arizona . (EIBELER, CHRISTOPHER) (Entered: 09/18/2020) |
| 09/18/2020 | Ï 6 | MOTION for Leave to Appear Pro Hac Vice by ACME LIFT COMPANY, L.L.C.. (Attachments: # 1 Certification of Heather Weine Brochin in Support of Notice of Motion for Pro Hac Vice Admission of Joshua R. Woodard and Jennifer R. Yee, # 2 Certification of Joshua R. Woodard, # 3 Certification of Jennifer R. Yee, # 4 Text of Proposed Order)(BROCHIN, HEATHER) (Entered: 09/18/2020) |
| 09/18/2020 | Ï | |

|  |  |  |
|---|---|---|
|  |  | Set Deadlines as to 6 MOTION for Leave to Appear Pro Hac Vice . Motion set for 10/19/2020 before Judge Claire C. Cecchi. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (lag, ) (Entered: 09/18/2020) |
| 09/21/2020 | 7 | ORDER GRANTING PRO HAC VICE ADMISSIONS OF SR. WOODWARD, ESQ. AND JENNIFER R. YEE, ESQ., etc. Signed by Chief Mag. Judge Mark Falk on 9/21/2020. (lag, ) (Entered: 09/21/2020) |
| 09/29/2020 |  | Pro Hac Vice fee as to JOSHUA R. WOODWARD and JENNIFER R. YEE: $300.00, receipt number NEW043520 (dam) (Entered: 09/30/2020) |
| 10/01/2020 | 8 | NOTICE of Appearance by LAURA H. SCHUMAN on behalf of ACME LIFT COMPANY, L.L.C. (SCHUMAN, LAURA) (Entered: 10/01/2020) |
| 10/01/2020 | 9 | Notice of Request by Pro Hac Vice Joshua R. Woodard, Esq. and Jennifer R. Yee, Esq. to receive Notices of Electronic Filings. (BROCHIN, HEATHER) (Entered: 10/01/2020) |
| 10/02/2020 | 10 | MOTION to Dismiss *COUNT 1 OF DEFENDANT'S COUNTERCLAIM* by MICHAEL COHAN. Responses due by 10/19/2020 (Attachments: # 1 Brief, # 2 Certificate of Service, # 3 Text of Proposed Order)(EIBELER, CHRISTOPHER) (Entered: 10/02/2020) |
| 10/02/2020 | 11 | ORDER granting 5 Letter request to adjourn motion dates, etc. Signed by Judge Claire C. Cecchi on 10/2/2020. (lag, ) (Entered: 10/02/2020) |
| 10/02/2020 |  | Pro Hac Vice counsel, JENNIFER R. YEE and JOSHUA R. WOODWARD, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (lag, ) (Entered: 10/02/2020) |
| 10/05/2020 | 12 | BRIEF in Opposition filed by MICHAEL COHAN re 4 MOTION to Transfer Case to USDC for the District of Arizona (Attachments: # 1 Certification Cert of Counsel, # 2 Certification Cert of Cohan, # 3 Certificate of Service)(EIBELER, CHRISTOPHER) (Entered: 10/05/2020) |
| 10/06/2020 |  | Set Deadlines as to 10 MOTION to Dismiss *COUNT 1 OF DEFENDANT'S COUNTERCLAIM*. Motion set for 11/2/2020 before Judge Claire C. Cecchi. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (lag, ) (Entered: 10/06/2020) |
| 10/08/2020 | 13 | Letter from Defendant re: Extension Request, Pending Order on Motion to Transfer. (BROCHIN, HEATHER) (Entered: 10/08/2020) |
| 10/12/2020 | 14 | Letter. (EIBELER, CHRISTOPHER) (Entered: 10/12/2020) |
| 10/13/2020 | 15 | REPLY BRIEF to Opposition to Motion filed by ACME LIFT COMPANY, L.L.C. re 4 MOTION to Transfer Case to USDC for the District of Arizona (Attachments: # 1 Certification of Heather Weine Brochin)(BROCHIN, HEATHER) (Entered: 10/13/2020) |
| 10/19/2020 | 16 | BRIEF in Opposition filed by ACME LIFT COMPANY, L.L.C. re 10 MOTION to Dismiss *COUNT 1 OF DEFENDANT'S COUNTERCLAIM* (Attachments: # 1 Certification Certification of H. Brochin)(BROCHIN, HEATHER) (Entered: 10/19/2020) |
| 10/20/2020 | 17 | Certification of Service on behalf of ACME LIFT COMPANY, L.L.C. Re 16 Brief in Opposition to Motion. (BROCHIN, HEATHER) (Entered: 10/20/2020) |
| 10/26/2020 | 18 |  |

| | | |
|---|---|---|
| | | REPLY BRIEF to Opposition to Motion filed by MICHAEL COHAN re 10 MOTION to Dismiss *COUNT 1 OF DEFENDANT'S COUNTERCLAIM* (Attachments: # 1 Certificate of Service)(EIBELER, CHRISTOPHER) (Entered: 10/26/2020) |
| 04/27/2021 | 19 | OPINION. Signed by Chief Mag. Judge Mark Falk on 4/27/2021. (lag, ) (Entered: 04/27/2021) |
| 04/27/2021 | 20 | ORDER granting 4 Motion to Transfer Case to United States District Court for the District of Arizona, etc. Signed by Chief Mag. Judge Mark Falk on 4/27/2021. (lag, ) (Entered: 04/27/2021) |
| 05/11/2021 | | ***Civil Case Terminated per 20 Order. (lag, ) (Entered: 05/11/2021) |