Joshua R. Woodard (#015592)
Jennifer R. Yee (#029651)
Audrey E. Chastain (#033998)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: jwoodard@swlaw.com
        jryee@swlaw.com
        achastain@swlaw.com
Attorneys for Acme Lift Company, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Cohan,<br><br>              Plaintiff,<br><br>    v.<br><br>Acme Lift Company, L.L.C., et al,<br><br>              Defendant.<br>_____<br>Acme Lift Company, L.L.C.,<br><br>              Counter-Plaintiff,<br><br>    v.<br><br>Michael Cohan,<br><br>              Counter-Defendant. | No. 2:21-cv-00840-JJT<br><br>**NOTICE OF SETTLEMENT** |

    Pursuant to LRCiv 40.2(d), the parties hereby provide notice to the Court that they have agreed to the terms of settlement in this case. Within five days of the effective date of the settlement agreement, Defendant/Counter-Plaintiff Acme Lift Company, L.L.C. will file a joint stipulation and proposed order for global dismissal of the action with prejudice, with each party to bear its and his own costs and attorneys' fees.

1

DATED November 16, 2021.

2

3      SMITH EIBELER LLC                    SNELL & WILMER L.L.P.

4

5      By: *s/ Christopher J. Eibeler*          By: *s/ Joshua R. Woodard*
           Christopher J Eibeler                   Joshua R. Woodard
6          101 Crawfords Corner Rd.                Jennifer R. Yee
           Holmdel, NJ 07733                       Audrey E. Chastain
7          *Attorneys for Plaintiff*               One Arizona Center
                                                   400 E. Van Buren, Suite 1900
8                                                  Phoenix, Arizona 85004-2202
                                                   *Attorneys for Acme Lift Company,*
9                                                  *L.L.C.*

10

11     4861-3230-4131

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -