IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Cohan, | No. CV-21-00840-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Acme Lift Company LLC, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation for Dismissal with Prejudice of all Claims and Counterclaims (Doc. 41), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 41). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that all pending motions (Doc. 10) are deemed moot.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 14th day of December, 2021.

Honorable John J. Tuchi
United States District Judge